

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PSS:ABK
F. #2012R01666

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 4, 2014

By ECF and First-Class Mail

Kevin J. Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road
Garden City, NY 11530

   Re: United States v. Eduard Munteanu
      Criminal Docket No. 12-698 (SJF)

Dear Mr. Keating:

   The undersigned is firewall counsel in the above-referenced case. Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby produces discovery with respect to this case. This letter supplements the government's discovery letters dated December 18, 2012, February 7, 2013, April 4, 2013, October 4, 2013, October 22, 2013, December 30, 2013, January 7, 2014, January 9, 2014, January 16, 2014, and January 24, 2014.

   Enclosed is a compact disc, Bates numbered EM_SONY_LAPTOP 000001, containing materials recovered from defendant's computer. Before reviewing any materials contained on the computer, the government instituted firewall procedures. Pursuant to the firewall procedures, the investigators and prosecutors involved in the investigation and prosecution of the above-referenced case ("the investigative team") have not reviewed or been made aware of the substance of any communications between the defendant and his counsel.

   The undersigned firewall counsel has reviewed the materials contained on the computer and determined that no documents or information contained therein are privileged. Accordingly, the compact disc Bates numbered EM_SONY_LAPTOP 000001 was provided to the investigative team on February 4, 2014.

Kevin J. Keating, Esq.
February 4, 2014
Page 2

        Should you have any questions regarding the enclosed materials, please do not hesitate to contact me.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:   */s/ Ameet B. Kabrawala*
        Ameet B. Kabrawala
        Assistant U.S. Attorney
        (718) 254-6001

Enclosure

cc:   By ECF (without enclosures)

      Clerk of Court (SJF)