

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PSS:MPR
F.#2012R01666

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 13, 2014

<u>By ECF and E-mail</u>

Kevin Keating, Esq.
666 Old Country Road
Garden City, NY 11530

   Re: <u>United States v. Eduard Munteanu</u>
     <u>Criminal Docket No. 12-698 (S-1) (SJF)</u>

Dear Mr. Keating:

  Enclosed with this letter is a proposed stipulation regarding draft translations and draft transcripts that the government is in the process of preparing.  Upon execution of the stipulation, the government will provide the drafts to you as they become available.

  Please contact me if you have any questions.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

     By:  /s/ Michael Robotti
        Michael Robotti
        Assistant U.S. Attorney
        (718) 254-7576

Enclosures