

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR:MPR  
F.#2012R01666

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 7, 2014

<u>By ECF and FedEx</u>

Kevin Keating, Esq.
666 Old Country Road
Garden City, NY 11530

        Re:   <u>United States v. Eduard Munteanu</u>
              <u>Criminal Docket No. 12-698 (S-1) (SJF)</u>

Dear Mr. Keating:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-captioned case, supplementing the discovery provided to you on December 18, 2012, February 7, 2013, April 4, 2013, October 4, 2013, October 22, 2013, December 30, 2013, January 7, 2014, January 9, 2014, January 16, 2014, January 23, 2014, February 4, 2014, February 5, 2014, and February 12, 2014.  Any additional discovery will continue to be provided to you as it becomes available.  The government continues to request reciprocal discovery.

      Enclosed with this letter is a disc containing the following:

- A selection of SMS/text messages recovered from the defendant's iPhone, Bates numbered EM000002727 to EM000002738 (the text messages were previously provided to you on October 4, 2013 and January 16, 2014);

- Documents received from Yahoo!, Bates numbered EM000002739 to EM000002740;

- Documents received from Intercontinental Hotels, Bates numbered EM000002741 to EM000002748;

- Documents reflecting the defendant's criminal history, Bates numbered EM000002749 to EM000002770;

- A copy of the defendant's passport, Bates numbered EM000002771 to EM000002785 (a copy of the passport was previously provided to you on December 30, 2013);

Also enclosed with this letter is a disc containing thirty-six consensually recorded telephone calls placed by the defendant from the Nassau County Correctional Center from October 3, 2012 through December 21, 2012 and a related document, Bates numbered EM000002786 (the consensually recorded calls were previously provided to you on January 7, 2014).

Please contact me if you have any questions.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

By:   /s/ Michael Robotti
        Michael Robotti
        Assistant U.S. Attorney
        (718) 254-7576

Enclosures

cc: Clerk of Court (without enclosures) (SJF)