

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR:MPR
F.#2012R01666

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 7, 2014

<u>By ECF and E-mail</u>

Kevin Keating, Esq.
666 Old Country Road
Garden City, NY 11530

       Re:    <u>United States v. Eduard Munteanu</u>
                <u>Criminal Docket No. 12-698 (S-1) (SJF)</u>

Dear Mr. Keating:

      Enclosed with this letter are proposed stipulations regarding certain exhibits that the government intends to introduce at trial, as well as a list of the Bates numbers that correspond with those exhibits. If you would like to review the exhibits before agreeing to the stipulations, please contact me.

      Please let me know by March 14, 2014 whether you intend to sign the proposed stipulations.

                            Very truly yours,

                            LORETTA E. LYNCH
                            United States Attorney

                By:    /s/ Michael Robotti
                            Michael Robotti
                            Assistant U.S. Attorney
                            (718) 254-7576

Enclosures

cc: Clerk of Court (without enclosures) (SJF)