## CRIMINAL CAUSE FOR STATUS CONFERENCE:

BEFORE JUDGE FEUERSTEIN    DATE: April 23, 2014    TIME: 30 min
CR- 12-698

DEFT NAME: **Eduard Munteanu**   # 1    <u>X present</u>    __ not present
   x cust.    __ bail
DEFENSE COUNSEL: **K. Keating**    <u>X present</u>    __ not present
   __ CJA  X RET.    LAS

                        **FILED**
                   IN CLERK'S OFFICE
A.U.S.A: C Rose.    CLERK: BMM   U S DISTRICT COURT E D N Y

COURT REPORTER:  P. Auerbach    OTHER: __    ★  APR 29 2014  ★
INT:  (LANG.-)                                      LONG ISLAND OFFICE
X    CASE CALLED.    X    DEFTS APPEARS WITH COUNSEL.
__    DEFTS APPEARS WITHOUT COUNSEL.
__    COUNSEL PRESENT WITHOUT DEFT.
__    STATUS CONF/HRG FOR DEFTS ADJ'D TO _____.
X    STATUS CONF/HRG FOR DEFTS HELD.
X    JURY SELECTION SET FOR   9/8/2014 at 10:00 am    ---
       x    BEFORE J. FEUERSTEIN_    PARTIES CONSENT TO MAGISTRATE.
X    TRIAL SCHEDULED FOR    immediately after selection.    .

X    **SPEEDY TRIAL** INFO FOR DEFENDANT STILL IN EFFECT    CODE TYPE__
    START 4/23/2014    STOP 9/8/2014
    X In the interest of justice as stated on the record, and with consent of the parties.

__    HEARING CONT'D TO_____.
__    FURTHER STATUS CONF/HRG SET FOR

DEFTS_ SWORN  _ARRAIGNED _    INFORMED OF RIGHTS
        __    WAIVES TRIAL BEFORE DISTRICT COURT

__    DEFTS **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
        _____ OF THE INDICTMENT.
__    COURT FINDS FACTUAL BASIS FOR THE PLEA.
__    **DEFTS REQUESTS RETURN OF PROPERTY**    __    **ORDER FILED.**
__    SENTENCING TO BE SET BY PROBATION.

OTHER: _____