# KEVIN J. KEATING
ATTORNEY AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530-2004

(516) 222-1099

TELECOPIER
(516) 683-8410

MANHATTAN OFFICE:
EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 5411
NEW YORK, N.Y. 10118
(212) 964-2702

September 3, 2014

**Via ECF and E-mail**
Michael P. Robotti, Esq.
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
4th Floor
Brooklyn, New York 11201

        Re: ***United States v. Munteanu***
          *Docket No. 12-CR-698(SJF)*

Dear Mr. Robotti:

  As you are aware, I am attorney for Mr. Munteanu. I write to offer our response to your proposed Stipulations regarding certain exhibits that the government will seek to introduce at trial.

  After consulting with my client, we agree to stipulate to the introduction in evidence of Government exhibits 10-17 at trial. We do not presently stipulate to the introduction of any of the government's other exhibits in evidence.

  Should you have any questions, please do not hesitate to contact me.

           Very Truly Yours,

           KEVIN J. KEATING