CNR:MPR
F. #2012R01666

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ SEP 24 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

EDUARD MUNTEANU,

    Defendant.

- - - - - - - - - - - - - - - - - -X

O R D E R

12-CR-698 (S-1) (SJF)

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney MICHAEL P. ROBOTTI, it is hereby:

    **ORDERED** that counsel for the defendant, or anyone acting under the direction of defense counsel, may not reproduce, distribute or otherwise disseminate the 18 U.S.C. § 3500 and <u>Giglio</u> materials, which will be provided in connection with the upcoming trial;

    **ORDERED** that the defendant shall not be permitted to bring the 18 U.S.C. § 3500 and <u>Giglio</u> materials, or copies thereof, back to the institution in which he is incarcerated; and

**ORDERED** that nothing in this Order shall prohibit: (a) defense counsel from reproducing and sharing the 18 U.S.C. § 3500 and Giglio materials with others acting under the direction of defense counsel; or (b) defense counsel, or others acting under the direction of defense counsel, from displaying or discussing the content of such 18 U.S.C. § 3500 and Giglio materials with other persons; provided however, that the restrictions set forth in this Order shall apply to those individuals acting under the direction of defense counsel.

Dated:   Central Islip, New York
         September 24, 2014

                              s/ Sandra J. Feuerstein
                              _____
                              THE HONORABLE SANDRA J. FEUERSTEIN
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW